# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159586 (10)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TINA CLARKE,
        Plaintiff,

v

                            SC: 159586
                            AGC: 19-0316

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.
_____/

      On order of the Chief Justice, the motion to waive fees is considered and it is DENIED because MCL 600.2963 requires that a prisoner pursuing a civil action be liable for filing fees.

      Plaintiff is not required to pay an initial partial fee. However, for a complaint to be filed, **within 21 days of the date of this order, plaintiff shall submit a copy of this order and refile the copy of the pleadings returned with this order**. By doing this, plaintiff becomes responsible to pay the $400.00 fee ($375.00 filing fee + $25.00 EFS fee required by MCL 600.1986). Failure to comply with this order shall result in the complaint not being filed in this Court.

      If plaintiff timely refiles the pleadings, monthly payments shall be made to the Department of Corrections in the amount of 50 percent of the deposits made to appellant's account until the payments equal the balance due of $400.00. This amount shall then be remitted to this Court.

      Pursuant to MCL 600.2963(8), plaintiff shall not file a new civil action or appeal in this Court until the entry fee in this case is paid in full.

      The Clerk of the Court shall furnish two copies of this order to plaintiff and return a copy of plaintiff's pleadings with this order.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2019



izm

                    Clerk